# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1666

_____

Alton S. Edwards,

           Appellant,

    v.

Longview Fibre Co.; Local #970
Teamster Union,

           Appellees.

\*    Appeal from the United States
\*    District Court for the District
\*    of Minnesota.

\*    [UNPUBLISHED]

_____

Submitted: May 2, 2002

Filed: May 16, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

After Longview Fibre Company terminated Alton S. Edwards's employment, Edwards filed a complaint in federal district court in April 2000 alleging illegal race and age discrimination. In January 2002, the district court dismissed Edwards's case because of Edwards's failure to comply with court orders and observe relevant procedural rules of the court. Edwards appeals the district court's dismissal of his case with prejudice and denial of his request to proceed in forma pauperis on appeal.

Edwards is proceeding pro se. Although we construe Edwards's arguments liberally, we cannot find in Edwards's documents any evidence which would contradict the magistrate judge's findings. Edwards refused to provide the required pre-discovery disclosures, respond to Longview Fibre's discovery requests, pay the sanction the court imposed or offer evidence to show he cannot pay the sanction, and produce factual support for his claims. Based on these facts, we affirm the district court's decision to dismiss Edwards's case with prejudice. Further, we grant Edwards's request for in forma pauperis status on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.